**Henry Guido JORDAN, Petitioner–Appellant,**

v.

**Theodis BECK, Secretary of the North Carolina Department of Correction, Respondent–Appellee.**

No. 01–6497.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2001.

Decided Oct. 1, 2001.

Henry Guido Jordan, pro se. Howard Alan Pell, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

PER CURIAM.

Henry Guido Jordan appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accept-

ing the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jordan v. Beck*, No. CA–00–141–1 (M.D.N.C. Mar. 14, 2001). We also deny Jordan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*